

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00837-CV

**DRURY SOUTHWEST, INC.**,
Appellant

v.

**LOUIE LEDEAUX #1, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03926
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

This court's opinion of October 30, 2013, and amended judgment of May 7, 2014 are WITHDRAWN. In accordance with this court's opinion of this date, the agreed motion for dismissal is GRANTED. The judgment of the trial court is VACATED, and the cause is REMANDED to the trial court for the entry of a judgment in accordance with the parties' settlement agreement. Costs of the appeal are taxed against the parties who incurred them. The obligations of Travelers Casualty and Surety Company of America, as surety on appellant's supersedeas bond, are DISCHARGED.

SIGNED July 2, 2014.

_____
Rebeca C. Martinez, Justice